# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANNY FLORES,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELISSA F. CADISH, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 70659

FILED

JUL 2 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of mandamus challenges a district court order denying a petition for a writ of habeas corpus in which petitioner sought to dismiss an indictment based on deficiencies in the grand jury proceedings. Petitioner has not provided this court with an appendix that includes such documents as the habeas petition filed below, the State's return, a transcript of the hearing on the habeas petition, and the district court's order denying the petition, which appears to have been filed below on June 24, 2016. *See* NRAP 21(4) (providing that "[t]he appendix shall include a copy of any order or opinion, parts of the record before the respondent judge . . . or any other original document that may be essential to understand the matters set forth in the petition"). Because these documents are necessary for our review of the petition, we

ORDER the petition DENIED.

_____Cherry_____, J.
Cherry

_____Douglas_____, J.
Douglas

_____Gibbons_____, J.
Gibbons

SUPREME COURT
OF
NEVADA

(O) 1947A

16-23556

cc:    Hon. Elissa F. Cadish, District Judge
Guymon & Hendron, PLLC
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk